# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Abner Gil           JOINT DEBTOR: Yenislet Hernandez     CASE NO.:

Last Four Digits of SS# 8643           Last Four Digits of SS# 8642

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $220.00 for months 1 to 36 ;in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650 +$750.00 (Motion to Value)=$4,400.00 TOTAL PAID $1,600.00
    Balance Due $ 2,800.00 payable $175.00 /month (Months 1 to 16 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE                  Arrearage on Petition Date $
Address:                 Arrears Payment   $_____ /month (Months ____ to ____)
                         Regular Payment   $_____ /month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase (XXXX8076) | Homestead Property: 1300 SW 122 Avenue #211A Miami, FL 33184 $90,000.00 | 0% | $0.00 | NONE | NONE |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE            Total Due $
                   Payable       $_____/month (Months____ to ____) Regular Payment $

Unsecured Creditors: Pay $ 23.00 /month (Months 1 to 16 ); Pay $198.00/month (Months 17 to 36). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are paying Chase (XXXX4234) and Peninsula Association directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Debtor                                     Joint Debtor
Date: 4/29/13                              Date: 4/29/13