**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DADE  DIVISION**
www.flsb.uscourts.gov

In re:  Abner Gil                              Case No: 13-19699-AJC
        and
        Yenislet Hernandez                     Chapter 13


_____    Debtors    _____/


**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN**
**ON REAL PROPERTY**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

---

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**


**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1.    Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of <u>Chase Bank Account No: xxxx8076</u> (the "Lender").  Lender holds a mortgage recorded on <u>October 25, 2006</u> at OR Book <u>25041</u> Page <u>2065</u> in the official records of <u>Miami-Dade</u> County, Florida.

2.    The real property is located at <u>1300 SW 122nd Avenue #211A, Miami, FL 33184-2854</u>, and is more particularly described as follows: PENINSULA AT INTL GARDENS CONDO UNIT 211A-2 UNDIV .3509175% INT IN COMMON ELEMENTS OFF REC 11779-2177 OR 25041-2032 1006 5.

3.    At the time of the filing of this case, the value of the real property is $90,000.00 as determined by <u>Private Appraisal (herein attached as Exhibit "A"</u>.

4.    Chase Bank Account No: xxxx4234 hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $<u>143,263.52</u>.

5.    *(Select only one):*

    <u>X</u>    Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

    ___    Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of Lender, there is equity of $ _____ remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $ _____ and the value of the Lender's unsecured, deficiency claim is $ _____.

6.    The undersigned reviewed the docket and claims register and states (select only one):

    __    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

or

    <u>X</u>    Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7.    The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is

LF-77 (rev. 08/01/11)                              Παγε 2 οφ 3

classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1.    In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2.    The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

Main File No. MPC1033  Page #1

**Marmarc Appraisals**
**(305) 480-8236**



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

1300 SW 122 Avenue
mon Elements Off Rec 11779-2177 Or 25041-2032 1006 5 1289 3 Jose A Faroy Or 1·
Miami, FL 33184-2883

## FOR:

Attorney Robert Sanchez
4000 SW 60th Court
Miami, FL  33155

## AS OF:

04/07/2013

## BY:

Marcel Perez    Cert. Res. RD6470

Marmarc Appraisals

Main File No. MPC1033  Page #2

## Exterior-Only Inspection Individual Condominium Unit Appraisal Report    File # MPC1033

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 1300 SW 122 Avenue | Unit # 211A-2  City  Miami  State  FL  Zip Code  33184-2883 |
| Borrower Gil Adner & Hernandez Yenislet | Owner of Public Record Gil Adner & Hernandez Yenislet  County  Miami-Dade |

Legal Description  Peninsula At Intl Gardens Condo Unit 211a-2 Undiv .3509175% Int In Common Elements Off Rec 11779-2177 Or 25041-2032 1006 5 1289 3 Jose
Assessor's Parcel #  30-4912-051-1380                          Tax Year  2011          R.E. Taxes $  650.00
Project Name Peninsula At Intl Gardens Condo          Phase #   1          Map Reference  T-54 R-39 S-12      Census Tract  147.00
Occupant ☐ Owner  ☐ Tenant  ☐ Vacant          Special Assessments $  None Known          HOA $  175.00  ☐ per year  ☒ per month
Property Rights Appraised ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)
Assignment Type ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe)  Market Value
Lender/Client  Attorney Robert Sanchez          Address  4000 SW 60th Court, Miami, FL 33155
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes  ☒ No
Report data source(s) used, offering price(s), and date(s).   According Tax Rolls, the subject wasn't offered for sale in the last twelve most prior to the effective date of
this appraisal in the MLS . See Supplemental Addendum.

**CONTRACT**

I ☐ did  ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not
performed.    The purpose of this assigment is only for Market Value.

Contract Price $  Market Value  Date of Contract  N/A          Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 40 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 55  Low | 27 | 2-4 Unit | 45 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 95  High | 29 | Multi-Family | 10 % |
| Neighborhood Boundaries   The subject is bound to the North by SW 8th Street , to the South by SW 24th Street, to | | | | | 55  Low | 27 | Commercial | 5 % |
| the East by Expressway Tourpike, and to the West by SW 124th Avenue. | | | | | 80  Pred. | 29 | Other | % |

Neighborhood Description   The subject neighborhood consists of condominium buildings similar to the subject in age, size and appeal, apartment bldngs. The
neighborhood provides a good environment for the unit being appraised. There are no factors that will negatively affect the marketability of the subject.  Employment
stability and convenience are reasonable.  The public transportation, schools, parks, view and noise level are typical for this type of neighborhood.
Market Conditions (including support for the above conclusions)    The South Florida RE market is experiencing a change in which homes are now taking more than 3 to
6 months to sell. Seller's contribution are more typical, and some neighborhood show a decline in value . The subject neighborhood has endured an increase in
inventories of homes, however, their values showing a small recovery.

**PROJECT SITE**

Topography Level          Size  Typical/PrimaryRes          Density Typical          View  Residential/Avg
Specific Zoning Classification RU-41          Zoning Description  007 Condominium - Residential
Zoning Compliance ☒ Legal  ☐ Legal Nonconforming – Do the zoning regulations permit rebuilding to current density?  ☐ Yes  ☐ No
☐ No Zoning  ☐ Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☐ | | Street  Asphalt Paved | ☒ | |
| Gas | ☐ | | Sanitary Sewer | ☒ | | Alley  None | | |

FEMA Special Flood Hazard Area  ☒ Yes  ☐ No   FEMA Flood Zone   AH          FEMA Map #  1206350170 J          FEMA Map Date  03/02/1994
Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe
No adverse site conditions or encroachments have been noted. Flood information is per floor sourse Flood mapping service, and is not to be relied upon for Flood
insurance determination. The client should rely upon their Flood Certification Source for final determination.

**PROJECT INFORMATION**

Data source(s) for project information    Inspection/Tax Rolls/Public Record/Owner
Project Description ☐ Detached  ☐ Row or Townhouse ☒ Garden  ☐ Mid-Rise  ☐ High-Rise  ☐ Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories  4 | | Exterior Walls  CBS | # of Units | 196 | # of Phases | 1 | # of Planned Phases | N/A | |
| # of Elevators  2 | | Roof Surface  BUG | # of Units Completed | 196 | # of Units | 196 | # of Planned Units | N/A | |
| ☒ Existing ☐ Proposed | | Total # Parking  432 | # of Units For Sale | 1 | # of Units for Sale | 1 | # of Units for Sale | N/A | |
| ☐ Under Construction | | Ratio (spaces/units) 2.2 | # of Units Sold | 196 | # of Units Sold | 196 | # of Units Sold | N/A | |
| Year Built  1984 | | Type  Stall | # of Units Rented | +/-2% | # of Units Rented | +/-2% | # of Units Rented | N/A | |
| Effective Age  21 | | Guest Parking  40 | # of Owner Occupied Units | 98% | # of Owner Occupied Units | 98% | # of Owner Occupied Units | N/A | |

Project Primary Occupancy ☒ Principle Residence  ☐ Second Home or Recreational  ☐ Tenant
Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No
Management Group ☒ Homeowners' Association  ☐ Developer  ☐ Management Agent - Provide name of management company.   Peninsula At Intl Gardens
Assoc.
Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project?  ☐ Yes  ☒ No   If Yes, Describe

Was the project created by the conversion of existing building(s) into a condominium?  ☐ Yes  ☒ No  If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)?  ☒ Yes  ☐ No If No, describe

Is there any commercial space in the project?  ☐ Yes  ☒ No  If Yes, describe and indicate the overall percentage of the commercial space.

## Exterior-Only Inspection Individual Condominium Unit Appraisal Report    File # MPC1033

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction    The project appears to be maintained in average condition, construction appears to be of good quality, there is a reasonable mixture of models with a good market appeal.

Describe the common elements and recreational facilities.    Green areas & exterior common areas, pool

Are any common elements leased to or by the Homeowners' Association?    ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?    ☐ Yes  ☒ No  If Yes, $ _____ per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?    ☒ Yes  ☐ No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.    Client did not provide Appraiser with a copy of condominium current budget. Appraised value is estimated under the extraordinary assumption of no budget deficit. The appraiser is not qualified or trained to analyze a budget. The client, if concerned, is invited to employ the services of an expert in this area.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?    ☐ Yes  ☒ No  If Yes, report the charges and describe.

Compared to other competitive projects of similar quality and design, the subject unit charge appears    ☐ High  ☒ Average  ☐ Low  If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☐ No  If Yes, describe and explain the effect on value and marketability.    Appraiser, in his search could not obtain condominium documents or current budget.

**UNIT IMPROVEMENTS**

Unit Charge $ 175.00    per month X 12 = $ 2,100.00    per year    Annual assessment charge per year per square feet of gross living area = $  2.46
Utilities included in the unit monthly assessment    ☐ None  ☐ Heat  ☐ Air Conditioning  ☐ Electricity  ☐ Gas  ☒ Water  ☒ Sewer  ☐ Cable  ☒ Other
Source(s) used for physical characteristics of property  ☐ Previous Appraisal Files  ☐ MLS  ☒ Assessment and Tax Records  ☐ Prior Inspection  ☐ Property Owner
☒ Other (describe)  Maintenance, Insurence    Data Source for Gross Living Area  Public Record/ Tax Rolls

| General Description | Amenities | Appliances | Car Storage |
|---|---|---|---|
| Floor #  2 | ☐ Fireplace(s) # | ☒ Refrigerator  1 | ☐ None |
| # of Levels  1 | ☐ WoodStove(s) # | ☒ Range/Oven  1 | ☐ Garage  ☐ Covered ☒ Open |
| Heating Type  Centrl  Fuel Elect | ☐ Deck/Patio | ☐ Disp  ☒ Microwave  1 | # of Cars  2 |
| ☒ Central AC  ☐ Individual AC | ☒ Porch/Balcony  Balcon | ☒ Dishwasher  1 | ☐ Assigned  ☒ Owned |
| ☒ Other (describe)  Other | ☐ Other (describe) | ☒ Washer/Dryer  1/1 | Parking Space #  211-A |

Finished area **above grade** contains:    4  Rooms    2  Bedrooms    2  Bath(s)    855  Square Feet of Gross Living Area Above Grade
Are the heating and cooling for the individual units separately metered?  ☒ Yes  ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)    Subject has  hurricane shutters. The appraised value includes only those items of equipments that are considered part of the subject property.  Appliances are not included with value.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    No repairs or modernization required.  The subject property is in overall average condition having been properly maintained and updated.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?    ☒ Yes  ☐ No  If No, describe

**PRIOR SALE HISTORY**

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)    Tax Rolls/Public Record
My research  ☐ did  ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)    Tax Rolls/MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10/25/2006 | 10/21/2003 | 01/07/1998 | 04/06/2006 |
| Price of Prior Sale/Transfer | $190,000 (WD) | $104,000 | $69,000 | $0.00 |
| Data Source(s) | T. Rolls/Public Record | T. Rolls/MLS | T. Rolls/MLS | T. Rolls/MLS |
| Effective Date of Data Source(s) | 04/07/2013 | 04/07/2013 | 04/07/2013 | 04/07/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales.    There is no evidence of flipping or unusual price trends in the subject's neighborhood. As per Public Record, subject has not transferred within past three years and comparable sales have not transferred within one year before its last sale. See attached Multi-Purpose Supplemental Addendum.

## Exterior-Only Inspection Individual Condominium Unit Appraisal Report   File # MPC1033

| | | | |
|---|---|---|---|
| There are **17** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **40,000** to $ **122,000** . | | | |
| There are **17** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **55,000** to $ **95,000** . | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address and Unit # | 1300 SW 122 Avenue    211A-2 | 11800 SW 18 Street  120-4 | 11800 SW 18 Street  514-4 | 2075 SW 122 Avenue  331 |
| Project Name and Phase | Peninsula At Intl Gardens Cond  1 | International Park I Condo  1 | International Park I Condo  1 | Coral Tower Condo  1 |
| Proximity to Subject | | 0.36 Millles | 0.36 Millles | 0.30 Millles |
| Sale Price | $     Market Value | $          75,000 | $          94,900 | $          87,000 |
| Sale Price/Gross Liv. Area | $     N/ASQ. ft. | $  83.52SQ. ft. | $  105.68SQ. ft. | $  102.35SQ. ft. |
| Data Source(s) | | Observ. from the street | Observ. from the street | Observ. from the street |
| Verification Source(s) | | Tax Rolls/MLS/R.E Maria Medina | Tax Rolls/MLS/R.E Aliuska Davalsa | Tax Rolls/MLS/R.E Guillermo Bringas |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing Concessions | | Cash  SH/Sale | | Cash  Conv. | | Cash  Conv. | |
| Date of Sale/Time | | 01/28/2013 | | 02/27/2013 | | 03/18/2013 | |
| Location | End Unit./Avg. | Int./Avg. | +3,000 | Int./Avg. | +3,000 | Int./Avg. | +3,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | $175.00 | $330.00 | | $236.00 | | $309.00 | |
| Common Elements and Rec. Facilities | Green Areas  Ext. Comm. Area | Green Areas  Ext. Comm. Area | | Green Areas  Ext. Comm. Area | | Green Areas  Ext. Comm. Area | |
| Floor Location | Floor No. 2 | Floor No. 1 | +50.00 | Floor No. 5 | -150.00 | Floor No. 3 | -50.00 |
| View | Lake/Avg. | Res./Avg. | +5,000 | Res./Avg. | +5,000 | Res./Avg. | +5,000 |
| Design (Style) | Garden | Garden | | Garden | | Garden | |
| Quality of Construction | CBS/Avg. | CBS/Avg. | | CBS/Avg. | | CBS/Avg. | |
| Actual Age | 29 | 28 | | 30 | | 27 | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 4 / 2 / 2 | 4 / 2 / 2 | | 4 / 2 / 2 | | 4 / 2 / 2 | |
| Gross Living Area | 855 SQ. ft. | 898 SQ. ft. | -1,806 | 898 SQ. ft. | -1,806 | 850 SQ. ft. | 0 |
| Basement & Finished Rooms Below Grade | None  N/A | None  N/A | | None  N/A | | None  N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | CAC | CAC | | CAC | | CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2- Assigned | 2- Assigned | | 2- Assigned | | 2- Assigned | |
| Porch/Patio/Deck | N/A | N/A | | N/A | | N/A | |
| Balcony | 1-Balcony | 1-Balcony | | 1-Balcony | | 1-Balcony | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 6,244 | ☒ + ☐ - $ | 6,044 | ☒ + ☐ - $ | 7,950 |
| Adjusted Sale Price of Comparables | | Net Adj. **8.3** %  Gross Adj. **13.1** % $ | 81,244 | Net Adj. **6.4** %  Gross Adj. **10.5** % $ | 100,944 | Net Adj. **9.1** %  Gross Adj. **9.3** % $ | 94,950 |

Summary of Sales Comparison Approach  The Subject and comparable sales take into account the declining market condition . All three comp sales were located within the subject's market area and within neighborhoods with similar demographic characteristics . All three sales were considered the best indicators of market conditions at time of appraisal.  The account for the proximity to subject above 0.60 miles for comparable sales. This fact does not affect subject value and or marketability.  Sales recited are from subject neighborhood and are in acceptable proximity to the subject.  They are the most recent and most comparable found.  All value affecting dissimilarities were adjusted according to market reaction.  Secondary market standards for net and gross adjustment percentages were met.  The indicated range of values brackets the value of the subject.  After close evaluation of the three comparable sales utilized, equal weight is given to all three comparable sales in arriving to a market value estimated. Adjustment for floor was made $50.00, Adjustment for Lake was made $5000. Adjusment for End unit was made $3000.

Indicated Value by Sales Comparison Approach $   90,000

| INCOME APPROACH TO VALUE (not required by Fannie Mae) | |
|---|---|
| Estimated Monthly Market Rent $           X Gross Rent Multiplier                 = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | |

Indicated Value by: Sales Comparison Approach $   90,000          Income Approach (if developed) $
Final reliance is given to the Direct Sales Comparison Approach due to the reliability of market data and represents the motives of the typical purchaser.   The Cost Approach is not applicable on Condo Units.  The Income Approach is not applicable.  See attached Multi-Purpose Addendum.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Subject to Statement of Limiting Conditions and Appraiser's Certification Attached.
Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   90,000   , as of   04/07/2013   , which is the date of the exterior inspection and the effective date of this appraisal.

Freddie Mac Form 466 March 2005                    Page 3 of 6                    Fannie Mae Form 1075 March 2005

Form 1075 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

### Exterior-Only Inspection Individual Condominium Unit Appraisal Report    File # MPC1033

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Exterior-Only Inspection Individual Condominium Unit Appraisal Report**  File # MPC1033

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I have performed a visual inspection of the exterior areas of the subject property from at least the street. I have reported the condition of the improvements in factual, specific terms. I have identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

**Exterior~Only Inspection Individual Condominium Unit Appraisal Report**  File # MPC1033

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report  was  prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Marcel Perdz   Cert. Res. RD6470 | Name  Not required |
| Company Name  Marmarc Appraisals | Company Name |
| Company Address  9022 SW 8th Terrace, Miami, FL 33174 | Company Address |
| Telephone Number  (786) 587-4990 | Telephone Number |
| Email Address  MarcellPerez@aol.com | Email Address |
| Date of Signature and Report  04/07/2013 | Date of Signature |
| Effective Date of Appraisal  04/07/2013 | State Certification # |
| State Certification #  RD 6470 | or State Certification # |
| or State License # | State |
| or Other | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License  11/30/2014 | SUBJECT PROPERTY |
| | ☒ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1300 SW 122 Avenue, # 211A-2 | Date of Inspection |
| Miami, FL 33184-2883 | |
| APPRAISED VALUE OF SUBJECT PROPERTY $     90,000 | COMPARABLE SALES |
| LENDER/CLIENT | |
| Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Name  Attorney Robert Sanchez | ☐ Did inspect exterior of comparable sales from street |
| Company Address  4000 SW 60th Court, Miami, FL 33155 | Date of Inspection |
| Email Address | |

Form 1075 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. MPC1033

| Client | Attorney Robert Sanchez | | | | |
|---|---|---|---|---|---|
| Property Address | 1300 SW 122 Avenue | | | | |
| City | Miami | County Miami-Dade | | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez | | | | |

SCOPE OF THE APPRAISAL
This report is prepared in accordance with the uniform standards of professional appraisal practice. The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of thesubject property and neighborhood, and selection of comparable sales within the market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in this report nor was used as a basis for the value conclusion.

Physical depreciation is based on the estimated effective age of the subject property, and consideration of deferred maintenance. Functional and/or external depreciation if present, is specifically addressed in the appraisal report or addenda.

PROPERTY RIGHTS APPRAISED
The property rights being appraised here are "Fee Simple". Fee Simple means: An absolute fee, a fee without limitations to any particular class of heirs or restrictions, but subject to the limitations of eminent domain, escheat, police power and taxation. An inheritable estate.

PURPOSE OF THE APPRAISAL
The purpose of the appraisal is to estimate the Market Value of the "Fee Simple" interests of the subject property as of the effective date of this report.

FUNCTION OF THE APPRAISAL
The function of this appraisal report is to submit all the information required in assisting the sponsor in analyzing an internal decision regarding the subject property.

USE OF APPRAISAL
The Intended User of the appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

DATE OF APPRAISAL
The date of the appraisal is the date of the last site inspection of the subject property.

CENSUS
A census tract is a distinctive geographical and statistical area as defined by the census bureau. The census bureau usually begins by defining an (MSA) or Metropolitan Statistical Area, consisting of 50,000 people or more.  The geographic area of a census tract can contain from 2,000 to 8,000 people. The economic conditions that exist in a census tract are on average homogenous. These tracts of land are given a number, much like a plat map with folio numbers. The census tract is demographical in nature and includes such information as: Housing Cost, Education Levels, Household Income, Professions, and Housing Profiles.

The SMSA numbers for the tri-county area are as follows:  Miami-Dade county 5000, Broward county 2680, Palm Beach county 8960.s.

MARKET CONDITIONS IN NEIGHBORHOOD
Financing is available from local banks, savings and loans associations, credit unions and mortgage brokers. Typical transactions in the market area are conventional, FHA and VA financing.

HIGHEST AND BEST USE
The Highest and Best Use of a site is that reasonable and probable use that supports the highest present value, as defined, as of the effective date of the appraisal.  For improvements to represents the highest and best use of a site, they must be legally permitted, be financially feasible, be physically possible and provided more profit than any other use of the site would generate.

SITE
The improvements on the property are legal and conform to current zoning regulations.  In the event of a loss by fire of all improvements could be rebuilt without obtaining a zoning variance.

The opinion of zoning compliance requirements expressed in this appraisal is based on the appraiser's inspection of the subject property and comparison to the appropriate zoning ordinance.  This opinion does not represent a certification which can only be obtained from the proper jurisdictional authority.

FLOOD INSURANCE
The option of the flood insurance requirement in this appraisal is based on the enclosed flood insurance rate map published by the Federal Emergency Management Agency.  The approximate location of the appraised property on this map indicates the flood zone.  At times the subject falls near a border between two zones, in this case, the worst of the two zones is taken.  This opinion does not represent a certification which can only be obtained from a qualified professional, such as a surveyor.

## Supplemental Addendum

File No. MPC1033

| Client | Attorney Robert Sanchez | | | | |
|---|---|---|---|---|---|
| Property Address | 1300 SW 122 Avenue | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez | | | | |

RADON GAS
Radon is a naturally occurring radioactive gas that when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit.

CONDITION OF COMPONENTS
The appraisal is not a home inspection report and should not be relied upon to report the condition of the property being appraised. Any opinion expressed in this appraisal pertaining to the condition of the appraised property's, or comparable property's components, is based on observation made at the time of inspection. They rely on visual indicators as well as reasonable expectations as to adequacy and dictated by neighborhood standards relative to marketability. These observations do not constitute certification of condition, including but not limited to mold and roof or termite problems, which may exist. If certification of the condition of the property being appraised, or comparable sales is required, a properly licensed or qualified individual should be consulted.

FINAL RECONCILIATION
Final reliance is given to the Direct Sales Comparison Approach due to the reliability of market data and represents the motives of the typical purchaser.

Direct Sales Comparison Approach is based on the comparison of the subject with sales of similar type properties. Adjustments are made to these sales for differences with the subject. This is generally considered the best indicator of value.

The Income Approach is presided on capitalizing a net operating income from a property to arrive at an indicated value. The subject is a residential condominium unit, typically purchased for the intangible amenities of home ownership and not for the purpose of generating income. If the Indicated Value by Income Approached on the appraisal form was completed with N/A, then it was the judgement of the appraiser, based on the above factors and our research, that the Income Approach was inappropriate for this assignment.

The Cost Approach to value includes a land value analysis and the estimated replacement cost to construct, at current prices, a building with utility equivalent to the building being appraised, using modern materials, designs, layout and current construction standards. Since the subject is an individual condominium unit, the cost approach is not practical and inappropriate when appraising an individual condominium unit.

CONDITIONS OF APPRAISAL
PERSONAL PROPERTY/INTANGIBLE ITEMS/NON-REALTY ITEMS:
Items of personal property and other non-realty items have not been included in the appraisal or the subject property. The indicated Market Value for the subject property does not include items or personal property or other non-realty property.

ADDITIONAL COMMENTS
LIVING AREA:
The appraisal uses actual living area in the market analysis for both the subject and comparable sales properties. The living area utilized for the sales data has been abstracted from the Public Records/Tax Rolls listed square foot area data and may have been further modified by the field appraiser's observation of the actual improvements.

ROOM LISTS
The number of rooms, bedrooms, baths and lavatories is typical of houses in this neighborhood. Foyer, laundry rooms and all rooms below grade are excluded from the total room count.

DIGITAL SIGNATURES
If the appraisal report is digitally signed, the digital signatures in the report are to be considered as the appraiser original signature. A personalized identification number (password) controls the appraiser's digital signature and the appraiser has sole personalized control of affixing the signature. Electronically affixing a signature to a certification in a report carries the same level of authenticity and responsibility as an ink signature on paper.

DIGITAL PHOTOGRAPHS
Digital photographs taken of the subject property and sales comparable were not enhanced or altered in any way, shape or form

FINANCING
In accordance with the definition of Market Value, as attached herein, the Subject Property is appraised on the basis of conventional financial arrangements, unaffected by special or creative financing or sales concessions granted by any one associated with the sale.

The SMSA numbers for the tri-county area are as follows: Miami-Dade County 5000, Broward County 2680, Palm Beach County 8960.s.

Main File No. MPC1033  Page #10

**Supplemental Addendum**

File No. MPC1033

| Client | Attorney Robert Sanchez | | | | | |
|--------|------------------------|--|--|--|--|--|
| Property Address | 1300 SW 122 Avenue | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code  33184-2883 |
| Lender | Attorney Robert Sanchez | | | | | |

ITEMS LEFT BLANK
For the purpose of this appraisal report, an item left blank indicates this item does not apply to the subject property, indicates a (No, or None) response, or indicates that the appraiser is not able to ascertain and/or is not qualified to furnish this information

SUBJECT'S SKETCH
All measurements of the subject's improvements have been rounded and the appraiser has tried to determine actual measurements as accurately as possible.  This is not a survey and is not to be interpreted as a survey of the subject property.

PREDOMINANT PRICE RANGE
The predominant sales price is that price which is most often found after disregarding isolated extremes at either end of the price spectrum.  The estimated market value for the subject is not the predominant value of the neighborhood.  This does not have an adverse affect on the subject's market value.  In the subject's case the market value falls well within the high-low price parameters of the neighborhood.  This indicates the subject is characteristic and representative of similar properties in the neighborhood.

CONDITION OF COMPONENTS
Any opinion expressed in this appraisal pertaining to the condition of the appraised property's, or comparable property's components, is based on observations made at the time of inspection.  They rely on visual indicators as well as reasonable expectations as to adequacy and are dictated by neighborhood standards relative to marketability.  These observations do not constitute certification, including roof or termite problems, which may exist.  If certification is required, a properly licensed or qualified individual should be consulted.

Neighborhood Additional Information
The appraiser has not made any intent to discover any potential adverse neighborhood influence such as but not limited to: sexual offenders, inter-rehabilitation facilities for felony offenders, etc.

Materials/Condition
Materials/Condition in the subject are similar to other found in comparable residences in this market area.  However, the appraiser is not an expert with regards to the materials condition issue.  The client, if concerned, is invited to employ the services of an expert in this area.

• URAR : Neighborhood - Market Conditions
Market conditions surveyed for the past 12 months reveals that general property values have declined. These figures were obtained from the appraisers observation of the marketing time for listings and sales within the immediate area and the ratio of the number of listings to sales. Also considered were the dynamics of the neighborhood, city and state economies. Available financing stipulates no unusual terms. The subject is within a declining market and the competing current listings could reflect the upper-end of value for the subject property as of the effective date of the appraisal. Current market conditions have been analyzed and accurately reported as of that date. Appraiser includes one current listing of similar home in the subject's market to better describe the subject's current market. The decline of price in the subject's market area has been considered in adjustments to sales over 3-months old and in the final reconciliation to reach the appraised value. The decline on sale prices within the area started on January 2006. As of today, some financial gurus anticipate the declining will last up to Summer 2013, others are anticipating the crisis in the real estate market will no be over untill 2014. The marketability of the subject is affected by this declining condition thorough a market value correction. However, once the market value is corrected the marketing period for the subject return to normality.

DECLINING MARKET
 FannieMae Announcement  Most report indicate the Miami market is declining . Declining market as one in which home prices are currently declining, as determined by the tracking of home prices in a certain geographic location (state, Metropolitan Statistical Area, ZIP code, census tract, etc.). Organizations or services that track declining markets may each use different approaches and databases to make their determination. Sales data collected in geo-coded areas, census tracts or zip codes is cumulatively compiled and extracted into Mean (average) Sales Prices for a particular time period

## Supplemental Addendum

File No. MPC1033

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | Attorney Robert Sanchez | | | | | |
| Property Address | 1300 SW 122 Avenue | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code  33184-2883 |
| Lender | Attorney Robert Sanchez | | | | | |

MARKETING TIME/EXPOSURE TIME
According to MLS and current  Real Estate Market in the area, a similar property needs around 3 to 6 months to be sold, due to the increase of the inventory of houses for sale in the area.We are the opinion that a reasonable exposure time of 6 months is linked to the value opinion.

 Off-site improvements are typical for the market in the area. All streets are publicly maintained,  no any adverse condition  related to the off site improvements affect  the marketability and value of the subject property

Appraiser made his estimate of value including analysis of actual listings, pending sales  Similarly, in developing the sale comparison approach, the appraiser considered data from sales, contracts, and listing of competitive properties

 Appliances Check
Checkpoint          Comment
Dishwasher:         The dishwasher is working.
Disposal:            The Disposal is working.
Dryer:               The dryer is working.
Microwave:          The Microwave is working.
Oven:                The oven is working.
Range Hood:        The range hood is working.
Range/Stove:       The stove is working.
Refrigerator:        The refrigerator is working.
Washer:             The washer is workingInterior Checkpoints

Many areas of the country are experiencing significant and on-going property value depreciation. While the decline in average home prices is widespread, the amount of the decline varies and may be significantly worse than the national average in some areas. In light of these market conditions. The Stable Market in this area or subdivision maintains there value but  there is insufficient quantity of buyers willing to purchase homes. When this situation arises, prices will frequently begin to move Stable to Declining.

REGARDING MOLD
The Appraiser is NOT a home or environmental inspector. The Appraiser provides an opinion of value. The Appraiser does NOT guarantee that the property is free of defects or environmental problems. The Appraiser performs an inspection of visible and accessible areas only. Mold may be present in areas the Appraiser CANNOT see. A professional home inspection or environmental inspection is recommended. If mold is found the Appraiser is NOT qualified to determine the cause of the mold, the type of mold or whether the mold might pose any risk to the property or it's inhabitants. Again, a professional home inspection or environmental inspection is recommended.

Neighborhood - Description
The subject is located in an established residential subdivision known as Peninsula At Intl Gardens Condo Just Sub within the City Of Miami-Dade which is well known for its Condominium style architecture. This area has average landscaped public areas with  trees lining the roadways . The area has several small business,  small market, small shop, multy-family apartments . There appear to be no negative factors that would affect the marketability of the subject property. The subject neighborhood provides an average environment for the house being appraised. Employment stability and convenience are reasonable. The public transportation, schools, parks, view and noise level are typical for this kind of neighborhood.

## Supplemental Addendum

File No. MPC1033

| | |
|---|---|
| Client | Attorney Robert Sanchez |
| Property Address | 1300 SW 122 Avenue |
| City Miami | County Miami-Dade | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez |

SUBJECT'S PUBLIC RECORD

## Summary Details:

| | |
|---|---|
| Folio No.: | 30-4912-051-1380 |
| Property: | 1300 SW 122 AVE 211A-2 |
| Mailing Address: | ABNER GIL &W YENISLET HERNANDEZ<br><br>1300 SW 122 AVE #211A-2<br>MIAMI FL<br>33184-2883 |

## Property Information:

| | |
|---|---|
| Primary Zone: | 3800 MULTI-FAMILY - 22-37 U/A |
| CLUC: | 0007 CONDOMINIUM - RESIDENTIAL |
| Beds/Baths: | 2/2 |
| Floors: | 0 |
| Living Units: | 0 |
| Adj Sq Footage: | 855 |
| Lot Size: | 0 |
| Year Built: | 1984 |
| Legal Description: | PENINSULA AT INTL GARDENS CONDO UNIT 211A-2 UNDIV .3509175% INT IN COMMON ELEMENTS OFF REC 11779-2177 OR 25041-2032 1006 5 |

Marmarc Appraisals

| Client | Attorney Robert Sanchez | | | File No. MPC1033 |
|---|---|---|---|---|
| Property Address | 1300 SW 122 Avenue | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Appraisal Report is one of the following types:**

☐ Self Contained  (A written report prepared under Standards Rule  2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Summary  (A written report prepared under Standards Rule  2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Restricted Use  (A written report prepared under Standards Rule  2-2(c)  , pursuant to the Scope of Work, as disclosed elsewhere in this report,
restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— the statements of fact contained in this report are true and correct.
— the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
— my engagement in this assignment was not contingent upon developing or reporting predetermined results.
— my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
— I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)
— no one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

### Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name:  Marcel Perez    Cert. Res. RD6470 | Name:  Not required |
| Date Signed:  04/07/2013 | Date Signed: |
| State Certification #:  RD 6470 | State Certification #: |
| or State License #: | or State License #: |
| State:  FL | State: |
| Expiration Date of Certification or License:  11/30/2014 | Expiration Date of Certification or License: |
| Effective Date of Appraisal:    04/07/2013 | Supervisory Appraiser inspection of Subject Property:<br>☒ Did Not    ☐ Exterior-only from street    ☐ Interior and Exterior |

## Subject Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Client | Attorney Robert Sanchez | | | | |
| Property Address | 1300 SW 122 Avenue | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez | | | | |



### Subject Front

1300 SW 122 Avenue

| | |
|---|---|
| Sales Price | Market Value |
| Gross Living Area | 855 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | End Unit./Avg. |
| View | Lake/Avg |
| Site | Typical/PrimaryRes |
| Quality | CBS/Avg. |
| Age | 29 |



### Subject Rear



### Subject Street

Main File No. MPC1033  Page #15

## Subject Interior Photo Page

| Client | Attorney Robert Sanchez | | | | |
|---|---|---|---|---|---|
| Property Address | 1300 SW 122 Avenue | | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez | | | | |



### Subject Interior

1300 SW 122 Avenue

| | |
|---|---|
| Sales Price | Market Value |
| Gross Living Area | 855 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | End Unit./Avg. |
| View | Lake/Avg |
| Site | Typical/PrimaryRes |
| Quality | CBS/Avg. |
| Age | 29 |



### Subject Interior



### Subject Interior

## Photograph Addendum

| Client | Attorney Robert Sanchez | | | | |
|---|---|---|---|---|---|
| Property Address | 1300 SW 122 Avenue | | | | |
| City | Miami | County | Miami-Dade | State  FL | Zip Code  33184-2883 |
| Lender | Attorney Robert Sanchez | | | | |

 

 

 

## Comparable Photo Page

Main File No. MPC1033  Page #17

| Client | Attorney Robert Sanchez | | | | |
|---|---|---|---|---|---|
| Property Address | 1300 SW 122 Avenue | | | | |
| City | Miami | County Miami-Dade | | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez | | | | |



### Comparable 1

11800 SW 18 Street

| | |
|---|---|
| Prox. to Subject | 0.36 Millles |
| Sales Price | 75,000 |
| Gross Living Area | 898 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Int./Avg. |
| View | Res./Avg. |
| Site | Typical/PrimaryRes |
| Quality | CBS/Avg. |
| Age | 28 |



### Comparable 2

11800 SW 18 Street

| | |
|---|---|
| Prox. to Subject | 0.36 Millles |
| Sales Price | 94,900 |
| Gross Living Area | 898 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Int./Avg. |
| View | Res./Avg. |
| Site | Typical/PrimaryRes |
| Quality | CBS/Avg. |
| Age | 30 |



### Comparable 3

2075 SW 122 Avenue

| | |
|---|---|
| Prox. to Subject | 0.30 Millles |
| Sales Price | 87,000 |
| Gross Living Area | 850 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | Int./Avg. |
| View | Res./Avg. |
| Site | Typical/PrimaryRes |
| Quality | CBS/Avg. |
| Age | 27 |

Main File No. MPC1033 Page #18

## Aerial Map

| Client | Attorney Robert Sanchez | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1300 SW 122 Avenue | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code  33184-2883 |
| Lender | Attorney Robert Sanchez | | | | | |



Main File No. MPC1033  Page #19

## Appraiser's License

| | | | | | |
|---|---|---|---|---|---|
| Client | Attorney Robert Sanchez | | | | |
| Property Address | 1300 SW 122 Avenue | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33184-2883 |
| Lender | Attorney Robert Sanchez | | | | |



THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC#690392    **STATE OF FLORIDA**

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD

SEQ# L12113002295

| DATE | BATCH NUMBER | LICENSE NBR |
|---|---|---|
| 11/30/2012 | 128156279 | RD6470 |

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2014

PEREZ, MARCEL
570 NW 114 AVENUE APT 204
MIAMI                FL 33172

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY