UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Abner Gil                                    Case No: 13-19699-LMI
                                                       Chapter 13


_____Debtor_____/


**CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine

Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on June

27 2013 as follows:


Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Abner Gil and Yenislet Hernandez
1300 SW 122 Avenue, #211A
Miami, FL 33184


JP Morgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
Attn: Kelly J. Schellig and Cassandra L. Carroll
POB 80730
Rochester, MI 48308

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161